# In the United States Court of Appeals

# For the Fifth Circuit

m 02-20207

ROBERT A. NALLIE AND JUDY NALLIE,

Plaintiffs-Appellants,

VERSUS

CHEMICAL LEAMAN TANK LINES, INC., ET AL.,

Defendants,

SUNOCO, INC (R&M),

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
m H-99-CV-2202

December 10, 2002

Before SMITH, BARKSDALE, and
EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The plaintiffs sue for injuries sustained in an accident at defendant's plant, claiming a premises defect. The district court found no issues of material fact and granted defendants' motion for summary judgment.

We have read the briefs and have heard the arguments of counsel, and have consulted pertinent portions of the record. This is a case of no duty to the plaintiffs. On the basis of applicable caselaw and the summary judgment record, we affirm, essentially for the reasons given by the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.